IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHAMEKA WORLEY, | * |
| | * **NOTICE OF REMOVAL FROM** |
| Plaintiff, | * **THE CIRCUIT COURT FOR** |
| | * **CHARLES COUNTY, MD** |
| v. | * **CASE NO. C-08-CV-20-000470** |
| | * **CIVIL ACTION NO. _____** |
| SHOPPERS FOOD | * |
| WAREHOUSE CORPORATION, | * |
| | * |
| Defendant. | * |

### PETITION FOR REMOVAL

Pursuant to 28 U.S.C., Section 1441(a), the Defendant, Shoppers Food Warehouse Corporation, respectively notices the removal of the above-captioned matter to this Honorable Court from the Circuit Court for Charles County, Maryland, and as grounds therefor states as follows:

1. On or about September 16, 2020, Defendant Shoppers Food Warehouse Corporation was served with a Summons and Complaint in an action commenced by the Plaintiff, Shameka Worley, in the Circuit Court for Charles County, Maryland as Docket No. C-08-CV-20-000470. True and correct copies of the Summons and Complaint are attached hereto as Exhibit A. No further proceedings have taken place in this action.

2. This Notice of Removal is filed within thirty (30) days of receipt of service by Defendant Shoppers Food Warehouse Corporation and, therefore, is timely filed pursuant to 28 U.S.C., Section 1446(b).

3. Pursuant to the Federal Rules of Civil Procedure, the Petitioner filed a written Answer to Plaintiff's Complaint on October 7, 2020. Copies of Defendant's Answer and Notice of Removal are attached hereto and incorporated herein by reference as Exhibit B.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

EXHIBIT
Ex 1

4. In her Complaint, Plaintiff Shameka Worley seeks judgment against this Defendant in an amount greater than Seventy-Five Thousand Dollars ($75,000) in compensatory damages, plus interest and costs.

5. At the time of commencement of this action, Plaintiff was and is now a resident of the State of Maryland.

6. At the time of commencement of this action, and at all other times relevant to the subject proceeding, Defendant Shoppers Food Warehouse Corporation's principal place of business is Eden Prairie, Minnesota.

7. As this is a civil action wherein the amount in controversy exceeds $75,000, exclusive of interest and costs, this Honorable Court has diversity of jurisdiction over this matter pursuant to 28 U.S.C., Section 1332.

8. The Petitioner presents and files herewith a check in the amount of $400 for the filing fee, as required by law.

WHEREFORE, the Defendant, Shoppers Food Warehouse Corporation, respectfully requests to remove this action from the Circuit Court for Charles County, Maryland to the United States District Court for the District of Maryland.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP


By:    /s/ Emily F. Belanger
      Emily F. Belanger, #18893
      17251 Melford Boulevard, Suite 200
      Bowie, Maryland 20715
      Tel:   (301) 352-4950
      Fax:  (301) 352-8691
      Email: ebelanger@decarodoran.com
      ***Counsel for Defendant,***
      ***Shoppers Food Warehouse Corporation***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of October, 2020, a copy of the foregoing Petition was forwarded, postage prepaid, via First Class Mail, to:

Yoseph Orshan, Esquire
*ORSHAN LEGAL GROUP, LLC*
115 Sudbrook Lane, Suite 206
Baltimore, Maryland 21208
**Counsel for Plaintiff**


      /s/ Emily F. Belanger
      Emily F. Belanger, #18893

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548