IN THE CIRCUIT COURT FOR CHARLES COUNTY

| | |
|---|---|
| **Shameka Worley**<br>910 Fowler Court<br>Waldorf, MD 20602<br><br>     Plaintiff<br><br>v.<br><br>**SHOPPERS FOOD WAREHOUSE CORP.**<br>S/O THE CORPORATION TRUST,<br>INCORPORATED<br>2405 YORK ROAD<br>SUITE 201<br>LUTHERVILLE-TIMONIUM, MD 21093<br><br>     Defendant | 2020 OCT -9 A 11: 43<br><br>CASE NO: PWG 20 CV 2921 |

## PLAINTIFF'S COMPLAINT FOR PREMISES LIABILITY

Comes now, Plaintiff, by and through undersigned counsel, and sues the Defendants, and for a cause of action alleges as follows:

1. Plaintiff is an adult citizen of the United States and a resident of Charles County, Maryland.

2. Defendant is a chain of supermarkets located in the Baltimore and Washington, D.C., metropolitan areas, engaged in owning and operating the Shoppers Food Warehouse located at 1170 West Smallwood Drive in Waldorf, MD.

3. This cause of action arises from a patent property defect at the Shoppers Food Warehouse located at 1170 West Smallwood Drive in Waldorf, MD, hereinafter referred to as "the Property."

4. Civil jurisdiction is proper as authorized by the Md. Const. Personal jurisdiction over the Defendant is authorized by Md. Code Ann., Cts. & Jud. Proc. §6-102(a). Venue is proper as authorized by Md. Code Ann., Cts. & Jud. Proc. §6-201.

5. On or about November 21, 2018, at approximately 9:00 pm, Plaintiff was a business invitee at the Property when the Plaintiff slipped and fell on a pile of sauce in one of the aisles of the Property, injuring herself grievously.

6. At all times pertinent hereto, Defendant owned, operated, maintained, and managed the Property.

7. At that time and place, Defendant owed a general duty of reasonable care to the Plaintiff, including preventing the Plaintiff from exposure to any patent defects or dangerous conditions on the Property, who at the time of the incident was an invitee with express permission to be upon and remain on the Property as a Patron.

8. Defendant breached this duty failing to take reasonable measures to ensure that the sauce on the floor was cleaned up and that the aisles were otherwise made safe for travel, and for failure to warn Plaintiff of the defects associated with the unsafe condition of the floor. Plaintiff avers that Defendant had knowledge of the dangerous condition of the floor, and failed to correct said defect before the incident as described in paragraph five (5) above.

9. Plaintiff did not contribute to the happening of the occurrence nor did the Plaintiff assume the risk of the injuries sustained in the occurrence.

10. As a direct and proximate result of the negligent acts and/or omissions of Defendant, the Plaintiff sustained bodily injuries, some of which may be permanent in nature. Plaintiff has also suffered and will continue to suffer from anxiety and post-traumatic stress, as

well as great pain of body and mind; has incurred and will continue to incur medical and out of pocket expenses; has incurred and will continue to incur a loss of time and wages from employment; and has and will be otherwise damaged in the future.

**WHEREFORE:** The Plaintiff claims damages against the Defendant in an amount to be determined at trial, plus costs, and of at least seventy-five thousand dollars ($75,000.00), and for any further relief that this Honorable Court determines necessary and appropriate.

Respectfully submitted,
ORSHAN LEGAL GROUP LLC

By: *Yoseph Orshan*

Yoseph Orshan, Esq.
Attorney Code 012962; CPF 1612140147
115 Sudbrook Lane, Suite 206
Baltimore, MD 21208
p: (410) 205-5571
f: (410) 862-3058
YO@ORSHANLEGAL.COM
*Attorney for Plaintiff*

## JURY DEMAND

Plaintiff requests a trial by jury on all issues herein.

Respectfully submitted,
ORSHAN LEGAL GROUP LLC

By: *Yoseph Orshan*

Yoseph Orshan, Esq.
Attorney Code 012962; CPF 1612140147
115 Sudbrook Lane, Suite 206
Baltimore, MD 21208
p: (410) 205-5571
f: (410) 862-3058
YO@ORSHANLEGAL.COM
*Attorney for Plaintiff*

## CERTIFICATE REGARDING RESTRICTED INFORMATION

To the clerk of the court:

This filing contains no restricted information.

Respectfully submitted,
ORSHAN LEGAL GROUP LLC

By: *Yoseph Orshan*

Yoseph Orshan, Esq.
Attorney Code 012962; CPF 1612140147
115 Sudbrook Lane, Suite 206
Baltimore, MD 21208
p: (410) 205-5571
f: (410) 862-3058
YO@ORSHANLEGAL.COM
*Attorney for Plaintiff*